JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SCOTT RUDOLPH HANSON,               )      NO.  CV 13-53-CJC (AGR)
                                    )
                Petitioner,         )
                                    )      JUDGMENT
        v.                          )
                                    )
RONALD BARNES, Warden,              )
                                    )
                Respondent.         )
_____    )

        Pursuant to the Order Accepting Findings and Recommendation of United
States Magistrate Judge,

        IT IS ADJUDGED that the petition is denied, the request for a stay is denied,
and the action is dismissed with prejudice.  All pending motions are denied.

DATED: April 17, 2015                 _____
                                            CORMAC J. CARNEY
                                        United States District Judge